In the Matter of the Estate of HUGH GLENN, Deceased.
UTICA TRUST AND DEPOSIT COMPANY, Individually and
as Executor of the Will of HUGH GLENN, Appellant;
JANE P. HODGE et al., Respondents.

(Argued November 16, 1931; decided December 1, 1931.)

*P. C. J. DeAngelis* for appellant.

*Thayer Burgess* for respondents.

Order affirmed, with costs against the appellant individually and not as executor; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.